No. 33. UNITED STATES *v.* DRIVER. October 10, 1938. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Jackson* for the United States. *Messrs. Samuel T. Ansell* and *Mahlon C. Masterson* for respondent.

No. 34. PENICK & FORD, LTD. *v.* INTERNATIONAL PATENTS DEVELOPMENT CO. ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Stephen H. Philbin* for petitioner. *Messrs. Percival H. Truman* and *Charles H. Howson* for respondents.

No. 35. BROOKS, ADMINISTRATRIX, *v.* SEATTLE. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Washington denied. *Messrs. George F. Hannan* and *W. H. Cook* for petitioner. *Messrs. A. C. Van Soelen* and *John A. Homer* for respondent.

No. 36. COLLINS *v.* DYE. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John W. Ray* for petitioner. No appearance for respondent.

No. 37. RUSSELL & TUCKER ET AL. *v.* UNITED STATES;
No. 38. PORTER BROTHERS & BIFFLE ET AL. *v.* SAME;
No. 39. PRICE ET AL. *v.* SAME;
No. 206. UNITED STATES *v.* RUSSELL & TUCKER ET AL.;
No. 207. SAME *v.* PORTER BROTHERS & BIFFLE ET AL.;
and